UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITIY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND et al.,
                                    Plaintiffs

-against-

PF COMMERCIAL FLOORING, LTD. et al.,
                                    Defendant.
-------------------------------------------------------------X

21 Civ. 3539 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pre-trial conference in this matter is scheduled for July 1, 2021, at 11:00 a.m.

WHEREAS, pursuant to the Individual Rules, the parties were required to file a joint letter and proposed case management plan on June 24, 2021.

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that if Plaintiffs are in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than noon on **June 28, 2021**. If Defendants refuse to cooperate in the preparation of these documents, Plaintiffs shall prepare and file them. If Plaintiffs are not in communication with Defendants, as soon as possible and no later than noon on **June 28, 2021**, Plaintiffs shall file a letter (i) summarizing their efforts to contact Defendants and (ii) requesting adjournment of the initial pretrial conference.

Dated: June 25, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE