

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**John M. Harras**
Partner
jharras@vandallp.com

June 28, 2021

**VIA ELECTRONIC CASE FILING**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The application is GRANTED. The initial pre-trial conference scheduled for July 1, 2021, at 11:00 a.m., is **adjourned** sine die. By **July 12, 2021**, Plaintiff shall file default judgment submissions per the Individual Rules.
>
> SO ORDERED
>
> Dated: June 28, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Re: ***Trs. of the NYC Dist. Council of Carpenters Pension Fund, et al. v. PF Commercial Flooring, Ltd., et al.***; Civil Action No.: 21 CV 3539 (LGS)

This firm represents the Plaintiffs in the above-referenced action. Plaintiffs submit this letter pursuant to the Court's June 25, 2021 Order (the "Order). Plaintiffs also submit this letter to respectfully request an adjournment of the initial pretrial conference *sine die* in anticipation of Plaintiffs' motion for default judgment.

Aa requested in the Order, Plaintiffs hereby inform the Court that Plaintiffs are not in communication with Defendants. Despite being served on April 23, 2021, (ECF Doc. Nos. 6-7), Defendants have failed to appear or otherwise defend this action. Accordingly, on May 24, 2021, Plaintiffs requested the issuance of a Clerk's Certificate of Default against Defendants. (ECF Doc. Nos. 9-12). On May 24, 2021, the Clerk entered Certificates of Default against Defendants. (ECF Doc. Nos. 13-14). Plaintiffs are currently drafting a motion for default judgment against Defendants in accordance with the procedure set forth in Part III(C)(7) and Attachment A of the Court's Individual Rules.

Accordingly, in light of Defendants' default noted by the Clerk, Plaintiffs respectfully request an adjournment of the initial pretrial conference, currently schedule for July 1, 2021 at 11:00 a.m., without a date, to allow Plaintiffs to file their motion for default judgment.

Plaintiffs thank the Court for its time and attention to this matter.

Respectfully submitted,

*John M Harras*
John M. Harras