UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NYC DIST. COUNCIL OF
CARPENTERS PENSION FUND et al.,
                             Plaintiffs,

              -against-

PF COMMERCIAL FLOORING, LTD et al.,
                            Defendants.
------------------------------------------------------------X

21 Civ. 3539 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated December 27, 2021, Defendants' counsel's motion to withdraw was granted, and Defendants were advised that if they did not obtain representation by January 31, 2022, a default judgment would be entered against them.

      WHEREAS, no attorney has filed an appearance on behalf of Defendants. It is hereby

      **ORDERED** that by **February 11, 2022**, Plaintiffs shall move for default against Defendants pursuant to Attachment A of the Court's Individual Rules. It is further

      **ORDERED** that by **February 8, 2022**, Plaintiffs shall serve a copy of this order on Defendants and file proof of such service.

Dated: February 1, 2022
       New York, New York

                                          LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE