

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**John M. Harras**
Partner
jharras@vandallp.com

February 8, 2022

**VIA ELECTRONIC CASE FILING**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Trs. of the NYC Dist. Council of Carpenters Pension Fund, et al. v. PF Commercial Flooring, Ltd., et al.*; Civil Action No.: 21 CV 3539 (LGS)

      This firm represents Plaintiffs in the above-referenced action. Plaintiffs submit this letter to respectfully request that the Court cancel or adjourn *sine die* the February 10, 2022 conference in this case.

      On December 27, 2022, the Court ordered Defendants to obtain an attorney on or before January 31, 2022 lest the Court enter a default against them. (ECF Doc. No. 45). Defendants failed to secure counsel by that deadline. Accordingly, on February 1, 2022, the Court ordered Plaintiffs to file a motion for default judgment against Defendants on or before February 11, 2022. (ECF Doc. No. 46). On February 4, 2022, the Clerk entered a Certificate of Default against Defendants. (ECF Doc. Nos. 53, 54). Plaintiffs intend to file a motion for default on or before February 11, 2022 in accordance with the Court's February 1, 2022 Order.

      Based on Defendants' default and Plaintiffs' anticipated motion for default judgment, Plaintiffs respectfully request that the Court cancel or adjourn *sine die* the February 10, 2022 conference scheduled in this case

      Plaintiffs thank the Court for its time and attention to this matter.

The application is **GRANTED**. The pre-motion conference scheduled for February 10, 2022, is **adjourned sine die**. The Clerk of Court is respectfully directed to close the motion at Docket No. 55.

Dated: February 8, 2022
      New York, New York

Respectfully submitted,

*John M Harras*
John M. Harras

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**