UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NYC DIST. COUNCIL OF
CARPENTERS PENSION FUND et al.,
                            Plaintiffs,

          -against-

PF COMMERCIAL FLOORING, LTD et al.,
                            Defendants.
------------------------------------------------------------X

21 Civ. 3539 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants were ordered to show cause on March 9, 2022, why a default judgment should not be issued against Defendants because Defendants are entities, are not represented by legal counsel and are not permitted to proceed pro se. For the reasons discussed at the conference, it is hereby

**ORDERED** that the show cause hearing scheduled for March 9, 2022, is **adjourned** to **April 6, 2022,** at **4:30 p.m.**, on the following conference line: 888-363-4749. It is further

**ORDERED** that by **March 16, 2022**, Plaintiff shall serve a copy of this order on Defendants by mail and email, and file proof of such service on the docket.

Dated: March 9, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE