UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NYC DIST. COUNCIL OF
CARPENTERS PENSION FUND et al.,
                              Plaintiffs,

-against-

PF COMMERCIAL FLOORING, LTD et al.,
                              Defendants.
------------------------------------------------------------X

21 Civ. 3539 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated May 23, 2022, the parties were directed to file a joint letter regarding the status of the ongoing audit and settlement discussions every thirty (30) days.

WHEREAS, the most recent letter was due on July 22, 2022.

WHEREAS, the parties did not timely file a joint letter.  It is hereby

**ORDERED** that by **July 27, 2022**, the parties shall file a joint letter regarding the status of the audit and settlement discussions.

Dated: July 25, 2022
    New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE