UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NYC DIST. COUNCIL OF
CARPENTERS PENSION FUND et al.,
                         Plaintiffs,

               -against-

PF COMMERCIAL FLOORING, LTD et al.,
                       Defendants.
-------------------------------------------------------------X

21 Civ. 3539 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated May 23, 2022, the parties were directed to file a joint letter regarding the status of the ongoing audit and settlement discussions every thirty (30) days.

    WHEREAS, the most recent letter was due on July 22, 2022.

    WHEREAS, the parties did not timely file a joint letter.

    WHEREAS, by Order dated July 25, 2022, the parties were directed to file a joint letter by July 27, 2022.

    WHEREAS, the parties have not filed a joint letter. It is hereby

    **ORDERED** that by **August 1, 2022**, the parties shall file a joint letter regarding the status of the audit and settlement discussions. If a party refuses to cooperate in the preparation of the joint letter, the parties shall file separate letters regarding the status of the ongoing audit and settlement discussions. The parties are advised that refusal to comply with the Court's orders may result in dismissal of the case for failure to prosecute or default judgment.

Dated: July 29, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                        **UNITED STATES DISTRICT JUDGE**