**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ X
:
TRUSTEES OF THE NYC DIST. COUNCIL OF :
CARPENTERS PENSION FUND, et al., :
                                      Plaintiffs, :      21 Civ. 3539 (LGS)
:
                -against- :      ORDER
:
PF COMMERCIAL FLOORING, LTD, et al., :
                                Defendants. :
------------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference to discuss the motion to withdraw as counsel is scheduled in this action for September 7, 2022, at 4:30 P.M. It is hereby

      **ORDERED** that the conference scheduled for September 7, 2022, at 4:30 P.M., is **adjourned** to **September 7, 2022, at 4:50 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: September 6, 2022
          New York, New York

                                                        **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**