UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                          :
TRUSTEES OF THE NYC DIST. COUNCIL OF :
CARPENTERS PENSION FUND, et al.,          :
                                    Plaintiffs,     :          21 Civ. 3539 (LGS)
                                                          :
                       -against-                     :               ORDER
                                                          :
PF COMMERCIAL FLOORING, LTD, et al.,   :
                                    Defendants.    :
                                                          :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a conference to discuss the motion to withdraw as counsel was held on

September 7, 2022, at 4:50 P.M.  Defendants were advised that if they do not continue to defend

the lawsuit, a default judgment would be entered against them;

        WHEREAS, Defendants do not intend to continue to defend the lawsuit.  It is hereby

        **ORDERED** that by **October 7, 2022**, Plaintiffs shall move for default against Defendants

pursuant to Attachment A of the Court's Individual Rules.  It is further

        **ORDERED** that by **October 4, 2022**, Plaintiffs shall serve a copy of this order on

Defendants and file proof of such service.

Dated: September 8, 2022
        New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE